Charles H. Dick, Jr., State Bar No. 73981
**BAKER & McKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone:  +1 858 523 6200
Facsimile:   +1 858 259 8290
Email:  Charles.Dick@BakerMcKenzie.com

Attorneys for
OTTO BOCK HEALTHCARE, U.S., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| DAW INDUSTRIES, INC., a California corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>HANGER ORTHOPEDIC GROUP, INC., OTTO BOCK HEALTHCARE, USA, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.  06 CV 1222 JAH (NLS)<br><br>**PRETRIAL DISCLOSURES**<br><br>Judge:    The Hon. John A. Houston |

In accordance with the Court's Fourth Amended Scheduling Order and Federal Rule of Civil Procedure 26 (a) (3), Otto Bock Healthcare, U.S., Inc. makes the following pretrial disclosures:

**A.     Trial Witnesses**

1.  Bradley Ruhl, Otto Bock Healthcare, U.S., Inc., Two Carlson Parkway, Suite 100, Plymouth, MN  55447.

2.  Todd Anderson, Otto Bock Healthcare, U.S., Inc., Two Carlson Parkway, Suite 100, Plymouth, MN  55447.

3.  Gregory S. Vistnes, Ph.D., CRA International,  1201 F Street NW,  Suite 700, Washington, DC 20004.  Dr. Vistnes will testify that there is no evidence of harm to DAW caused by anything Otto Bock did; DAW's harm may actually have been self-inflicted; there is no antitrust injury to the relevant marketplace; these opinions are summarized more completely in his written

1

Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/707151.1

Case No 06 CV 1222 JAH (NLS)
RULE 26 DISCLOSURES

report.  Dr. Vistnes also will testify DAW has not sustained economic harm that can be computed with a reasonable certainty and can be causally attributed to Otto Bock.

   4.  John W. Michael, M.Ed., CPO/L, CPO Services, Inc., 2005 Wild Rose Trail Portage, IN  46368.  Mr. Michael will testify regarding analysis of the human gait; the gait cycle; Medicare Coding for prosthetic devices, including Code verification and obtaining new Codes; prosthetic knees, their functionality, and the use of microprocessor controls; fitting prosthetic knees; process and recommendations of the AOPA Coding Committee; proper Coding for the DAW and Otto Bock prosthetic knees; the American Academy of Orthotists and Prosthetists.  These opinions are summarized more completely in his written report.

   If the need arises, Otto Bock may call Bert Harman (Otto Bock Healthcare, U.S., Inc., Two Carlson Parkway, Suite 100, Plymouth, MN  55447) as a witness.

**B.**  **Trial Exhibits, excluding impeachment exhibits.**

| Exhibit | Description | Bates Reference |
|---|---|---|
| O/B1 | Curriculum Vitae of Dr. Vistnes | |
| O/B2 | Expert Report of Dr. Vistnes | |
| O/B3 | Curriculum Vitae of John Michael | |
| O/B4 | Expert Report of John Michael | |
| O/B5 | Hanger Power Point entitled "People in Motion" | |
| O/B6 | AOPA email to DAW dtd April 14, 2008 | AOPA 00300 |
| O/B7 | AOPA April 2007 letter to DAW dtd April 23, 2007 | AOPA 00276, Marquette Dep. Ex. 43 |
| O/B8 | Belzidsky letter to K. Dobson at AOPA dtd April 27, 2006 | AOPA00297-298, Belzidsky Dep. Ex. 20 |
| O/B9 | K. Dobson email and letter to S. Marquette dated March 3, 2007 | DAW304-305, Marquette Dep. Ex. 42 |

| | | |
|---|---|---|
| O/B10 | C-Leg (with photo to be substituted for record) | |
| O/B11 | DAW SLK Knee (with photo to be substituted for record) | |
| O/B12 | L-Code and Pricing for SLK | H012709, Belzidsky Dep Ex. 6 |
| O/B13 | Screen shot from Palmetto Web site re reimbursement rates | H013411-412, Belzidsky Dep Ex. 7 |
| O/B14 | Microprocessor Prosthetic Knee Forum Summary | OB00207-220, Anderson Dep. Ex. 3 |
| O/B15 | TehLin Web site screen shot | OB 00237-241, Anderson Dep. Ex. 5 |
| O/B16 | Frost & Sullivan Report | OB 00322-379 |
| O/B17 | New York Times article dtd January 3, 2002, entitled "A leg with a mind of its own." | H 013366-68 |
| O/B18 | Graphic of Gait Cycle from Perry Chart in John Michael report | |
| O/B19 | Chart of Competitors and market entry dates | |
| O/B20 | Chart of Prosthetic Knee wholesale costs, L-Codes, and Medicare Reimbursement Floors and Ceilings | |
| O/B21 | First Amended Complaint in *DAW v. Proteor*, USDC No. 07-CV-1381-IEG(RBB) | |

| | | |
|---|---|---|
| O/B 22 | Bankruptcy Court Docket Sheet for *In re DAW Industries Inc.* bankruptcy proceeding, USDC, So Dist. Cal. No. 94-04647-JH11 | |

Dated:  June 7, 2010                    BAKER & McKENZIE LLP


                                        By: s/Charles H. Dick, Jr.
                                            Charles H. Dick, Jr.
                                            Attorney for
                                            OTTO BOCK HEALTHCARE, U.S., INC.
                                            Email:  Charles.Dick@BakerMcKenzie.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Baker & McKenzie LLP
San Diego

SDODMS1/707151.1

Case No 06 CV 1222 JAH (NLS)
RULE 26 DISCLOSURES