EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for DAW INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAW INDUSTRIES, INC., A California corporation,<br><br>          Plaintiff,<br><br> v.<br><br>HANGER ORTHOPEDIC GROUP, INC.; and OTTO BOCK HEALTHCARE, U.S.,<br><br>          Defendants. | CASE NO. 06-CV-1222 JAH (NLS)<br><br>**DAW INDUSTRIES, INC.'S FRCP 26(a)(3) PRETRIAL DISCLOSURES**<br><br>CrtRm:    11<br><br>Hon. John A. Houston |

Plaintiff DAW Industries, Inc., a California corporation ("DAW") makes the following pretrial disclosures pursuant to the Court's Fourth Amended Scheduling Order and Fed. R. Civ. P. 26(a)(3). These pretrial disclosures are based upon the information available to DAW at this time. DAW reserves the right to amend, supplement or modify these disclosures as new information becomes known to it.

I.   THE NAME AND, IF KNOWN, THE ADDRESS AND TELEPHONE NUMBER OF EACH WITNESS.

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), DAW discloses the following list of witnesses that DAW will call at trial to support its claims.

1. Hugo Belzidsky, DAW Industries, Inc., 6610 Nancy Ridge Drive, San Diego, CA 92121, telephone: (858) 622-4955.

2. Stuart Marquette, DAW Industries, Inc., 6610 Nancy Ridge Drive, San Diego, CA 92121, telephone: (858) 622-4955.

3. Craig Johnson, DAW Industries, Inc., 6610 Nancy Ridge Drive, San Diego, CA 92121, telephone: (858) 622-4955.

4. Christopher Merchado, DAW Industries, Inc., 6610 Nancy Ridge Drive, San Diego, CA 92121, telephone: (858) 622-4955.

5. Nick Burrow, DAW Industries, Inc., 6610 Nancy Ridge Drive, San Diego, CA 92121, telephone: (858) 622-4955.

6. Dale Berry, Hanger Orthopedic Group, Inc., c/o Ropers, Majeski, Kohn & Bentley, 515 South Flower Street, Suite 1100, Los Angeles, CA 90071, telephone: (213) 312-2000.

7. Todd Anderson, Otto Bock Healthcare, Inc., c/o Baker & McKenzie LLP 12544 High Bluff Drive, Third Floor, San Diego, CA 92130, telephone: (858) 523-6200.

8. Brad Ruhl, Otto Bock Healthcare, Inc., c/o Baker & McKenzie LLP 12544 High Bluff Drive, Third Floor, San Diego, CA 92130, telephone: (858) 523-6200.

9. Sen-Jung Chen, Chairman, The Sen Technology Inc, 5F, No. 10, Wuchuan Seventh Road, Wuku Industrial Park, Taipei, Taiwan.

10. A representative of Microchip Technology, Inc., 2355 West Chandler Boulevard,

1  Chandler, AZ 85224.

2        11.    David Bryan, RTP, Freedom Prosthetics, 303 Marion East Avenue, Crystal

3  Springs, LA 398059:  (601) 892-7745.

4        12.    Sander Nassan, CPO, P.O.A., 3303 North 75th Street, Scottsdale, AZ 85251:  (480)

5  946-2286.

6        13.    Curt Patton, CP, Innovative Prosthetic Care, 9034 Carl Legett Road, Gulf Port, MS

7  39503:  (228) 604-0818.

8        14.    Ron Nelson, CP, Prosthetic Science, 4200 Research Forest Drive, The Woodlands,

9  TX 77381: (281) 419-7745.

10       In addition, DAW may call the following witnesses at trial:

11       15.    Douglas R. Anderson, 2550 Fifth Avenue, Suite 637, San Diego, CA 92103: (619)

12  231-6448.

13       16.    Ron Longo, Mid-Atlantic Prosthetics, Inc., East, LLC, 200 K Street Northwest,

14  Suite 6, Washington, D.C. 20001.

15       DAW reserves the right to call any witness whom either Hanger or Otto Bock identifies.

16       If Dale Berry or Brad Ruhl or Todd Anderson does not appear at trial, DAW reserves the

17  right to use his deposition testimony, stenographically transcribed and videographed, on

18  November 3, 2009 (Dale Berry), November 4, 2009 (Brad Ruhl) or October 28, 2009 (Todd

19  Anderson) in lieu of live testimony.

20  **II.    EXHIBITS**

21       **Exhibits DAW Expects to Offer.**

22       Plaintiffs' exhibit list is attached as Exhibit 1, and incorporated by this reference.

23       **Exhibits Plaintiffs May Offer.**

24        Plaintiffs' exhibit list is attached as Exhibit 1, and incorporated by this reference.

25  DATED: June 7, 2010                SOLOMON WARD SEIDENWURM & SMITH, LLP

26

27                                         By:   */s/ Edward J. McIntyre*
                                                 EDWARD J. MCINTYRE
28                                               Attorneys for Plaintiff, DAW Industries, Inc.

## CERTIFICATE OF SERVICE

I caused the **DAW INDUSTRIES, INC.'S FRCP 26(a)(3) PRETRIAL DISCLOSURES** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

| | |
|---|---|
| Allan E. Anderson, Esq.<br>Timothy L. Skelton, Esq.<br>Saundra K. Wootton, Esq.<br>Ropers, Majeski, Kohn & Bentley<br>515 South Flower Street, Suite 1100<br>Los Angeles, CA 90071<br>Telephone:  (213) 312-2000<br>Facsimile:   (213) 312-2001<br>aanderson@rmkb.com<br>swootton@rmkb.com<br>tskelton@rmkb.com<br>Attorneys for Hanger Orthopedic Group, Inc. | Charles H. Dick, Esq.<br>Angela J. Smith, Esq.<br>Danielle M. Refkin, Esq.<br>Baker & McKenzie LLP<br>12544 High Bluff Drive, Third Floor<br>San Diego, CA 92130<br>Telephone:  (858) 523-6200<br>Facsimile:   (858) 259-8290<br>Charles.H.Dick@bakernet.com<br>Angela.J.Smith@bakernet.com<br>Danielle.M.Refkin@bakernet.com<br>Attorneys for Otto Bock Healthcare U.S., Inc. |

**Manual Mail Notice List**

I did not manually serve anyone.

*/s/ Edward J. McIntyre*
EDWARD J. MCINTYRE
emcintyre@swsslaw.com

Case Title: *DAW v. Hanger and Otto Bock*

Case No. 06-cv-1222

Plaintiff: DAW Industries', Exhibit List

Presently DAW expects to offer the following exhibits, excluding impeachment exhibits at trial:

| Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1. | | | Microprocessor Prosthetic Knee Forum Summary (OB 00202-206), Anderson Exhibit 2 |
| 2. | | | Microprocessor Prosthetic Knee Forum (OB 00207-220), Anderson Exhibit 3 |
| 3. | | | Technical Report on the TGK-5PSOSLK, TGK-5PSO and the TGK-50S0 PC Knee Units (OB 00242-249), Anderson Exhibit 4 |
| 4. | | | Teh Lin Website (OB 00237-241), Anderson Exhibit 5 |
| 5. | | | Hanger, Inc. document "People In Motion, Microprocessor Knees" (OB 134-140), Anderson Exhibit 6 |
| 6. | | | Patient Assessment Validation Evaluation Test (OB 00121-133), Anderson Exhibit 7 |
| 7. | | | MPK Policy & Procedure Manual for Otto Bock C-Leg & Endolite Adaptive Knee (Otto Bock 00142-150), Anderson Exhibit 8 |
| 8. | | | Email string (OB00221-236), Anderson Exhibit 9 |
| 9. | | | Marquette-Katz letter Re: Formal Complaint to AAOP Board of Directors dated 9/24/03 (DAW095-097), Marquette Exhibit 24 |
| 10. | | | Marquette-Katz letter undated (DAW089-092), Marquette Exhibit 25 |
| 11. | | | Gorski-Marquette letter Re: Formal Complaint to AAOP Board of Directors dated 10/8/03 (DAW098-099), Marquette Exhibit 26 |
| 12. | | | Marquette-Katz letter dated 3/11/04 (DAW123-124), Marquette Exhibit 27 |
| 13. | | | Katz-Marquette letter dated 4/2/04 and Prosthetic Forum Report (DAW125-138), Marquette Exhibit 28 |
| 14. | | | "Microprocessor Prosthetic Knee Forum" (DAW028), Marquette Exhibit 29 |
| 15. | | | "Microprocessor Prosthetic Knee Forum" (DAW062), Marquette Exhibit 30 |
| 16. | | | "Microprocessor Prosthetic Knee Forum" (DAW048-060), Marquette Exhibit 31 |
| 17. | | | "Microprocessor Prosthetic Knee Forum" (DAW061), Marquette Exhibit 32 |
| 18. | | | DAW PowerPoint Presentation, Introduction to Microprocessor Knees, Marquette Exhibit 33 |

| Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 19. | | | American Orthotic & Prosthetic Association, 2008 National Assembly dated 9/12/08, Marquette Exhibit 34 |
| 20. | | | Hamontree-Marquette letter dated 8/12/05, Marquette Exhibit 35 |
| 21. | | | The Auto-Pilot TM Electric Intelligent Knee, Marquette Exhibit 36 |
| 22. | | | Email String dated 8/18/05 and 8/19/05 and Product Literature Concerning the SLK (AOPA00140-00168), Marquette Exhibit 37 |
| 23. | | | Five Trials performed by the Kessler Institute (DAW613-621), Marquette Exhibit 38 |
| 24. | | | 5-Bar Knee Selection Guide (DAW326), Marquette Exhibit 39 |
| 25. | | | "Joint Moments," Gait Report (H012701), Marquette Exhibit 40 |
| 26. | | | Email dated 3/7/07 and Dobson-Marquette letter dated 3/2/07 Re: Formal Request for Appeal of AOPA L-Code Recommendations (AOPA00257-00259), Marquette Exhibit 41 |
| 27. | | | Dobson-Marquette letter dated 3/2/07 (DAW304-305), Marquette Exhibit 42 |
| 28. | | | Dobson-Marquette letter dated 4/23/07 Re: Formal Request for Appeal of AOPA L-Code Recommendations (AOPA00276-00277), Marquette Exhibit 43 |
| 29. | | | DAW Industries PowerPoint Presentation, Belzidsky Exhibit 4 |
| 30. | | | Marquette-Hanger letter dated 12/26/03 (H012697), Belzidsky Exhibit 5 |
| 31. | | | L Codes and Pricing for the SLK (H012709), Belzidsky Exhibit 6 |
| 32. | | | Palmetto GBA website for Code L5847 for 2004 (H013411-013412), Belzidsky Exhibit 7 |
| 33. | | | Belzidsky-Berry letter dated 9/24/02 (DAW018), Belzidsky Exhibit 8 |
| 34. | | | DAW advertisement (H012826), Belzidsky Exhibit 9 |
| 35. | | | USPTO Patent full text and image database for Patent No. 6,117,177, Belzidsky Exhibit 11 |
| 36. | | | Correspondence from DAW's clients regarding reimbursements (DAW940-950), Belzidsky Exhibit 12 |
| 37. | | | Documents entitled "AIDC EMC LAB" (DAW883-884), Belzidsky Exhibit 13 |
| 38. | | | DAW's financial statements 1998-2007 (DAW706-774), Belzidsky Exhibit 14 |
| 39. | | | "DAW – The Lin TGK-5PS0SLK Knee Sales (DAW880), Belzidsky Exhibit 16 |
| 40. | | | DAW Industries Sales item No. TGK-5PS0SLK Bar Graphs (DAW704-705), Belzidsky Exhibit 17 |
| 41. | | | Printout of computer screens reflecting sales dated 2/22/05 (DAW264-265), Belzidsky Exhibit 18 |

| Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 42. | | | Month-by-month sales for account no. 206-06 (DAW949-950), Belzidsky Exhibit 19 |
| 43. | | | Marquette-Dobson letter re: Formal Request for Appeal of AOPOA L-Code Requirements dated 2/14/07 (AOPA00249-00250), Belzidsky Exhibit 21 |
| 44. | | | Berry letter dated 6/24/01 (OB00121-133), Berry Exhibit 4 |
| 45. | | | Police report re burglary (H013442-13447), Berry Exhibit 5 |
| 46. | | | Microprocessor Synthetic Knee forum summary, Walter Reed Medical Center (H012657-12661), Berry Exhibit 6 |
| 47. | | | Microprocessor Synthetic Knee forum summary, Walter Reed Medical Center H012626-12639), Berry Exhibit 7 |
| 48. | | | Microprocessor Knee Forum Participants (H012611-12625), Berry Exhibit 8 |
| 49. | | | Marquette-Berry letter dated 11/10/03 (H012687), Berry Exhibit 9 |
| 50. | | | Cox-Berry letter (undated) (H012690-12692), Berry Exhibit 10 |
| 51. | | | Kelly-Berry letter dated 12/27/03 (H012699-12700), Berry Exhibit 11 |
| 52. | | | Email from Zack Dwyer dated 7/25/05. Subject: Microprocessor Knee Assistance Requested (OB00232-233), Berry Exhibit 12 |
| 53. | | | 7/25/05 entry by Zack Dwyer in the OANDP-L log. Subject: Microprocessor Knee Assistance Requested (H012917-12918), Berry Exhibit 13 |
| 54. | | | 7/25/05 email from Mr. Marquette, Re: Microprocessor Knee Assistance Requested (OB 00230-231), Berry Exhibit 14 |
| 55. | | | 7/25/05 email from Mr. Dwyer to Mr. Marquette re: Microprocessor Knee Assistance Requested (OB 00228-229), Berry Exhibit 15 |
| 56. | | | 7/25/05 entry in OANDL-P Logs by Mr. Marquette Re: Microprocessor Knee Assistance Requested (H 012906-12907), Berry Exhibit 16 |
| 57. | | | 7/26/05 email from Mr. Dwyer to Mr. Marquette re: Microprocessor Knee Assistance Requested (OB 00221-224), Berry Exhibit 17 |
| 58. | | | 7/26/05 entry in OANDL-P Logs by Mr. Marquette Re: Microprocessor Knee Assistance Requested (H 012895-12898), Berry Exhibit 18 |
| 59. | | | 2/15/05 email from Mr. Berry to Hugo, Stuart and Craig re: Coding Recommendations for DAW SLK Knee, with attachment SLK Coding Recommendations (H 012597-12599), Berry Exhibit 19 |
| 60. | | | 10/10/03 letter from Mr. Berry to Mr. Gorski (H 012678-12681 re: Microprocessor Knee Forum, Berry Exhibit 20 |
| 61. | | | 11/10/03 first page of letter to Messrs. Marquette and Belzidsky (H 012688), Berry Exhibit 21 |

| Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 62. | | | 11/11/03 letter from Mr. Berry to Messrs. Marquette and Belzidsky (H 012689), Berry Exhibit 22 |
| 63. | | | 1/2/04 letter from Mr. Berry to Messrs. Marquette and Belzidsky (H012702), Berry Exhibit 23 |
| 64. | | | Belzidsky-Berry letter dated 9/26/02 (DAW0001-0002) |
| 65. | | | Belzidsky-Berry letter dated 9/27/02 (DAW0011) |
| 66. | | | Berry-Belzidsky letter dated 9/20/02 (DAW0017) |
| 67. | | | Belzidsky-Berry letter dated 9/24/02 (DAW0018) |
| 68. | | | Berry-Belzidsky letter dated 9/20/02 (DAW0019) |
| 69. | | | Notes re 9/27/02 call from Berry to Customer Service (DAW0023-26) |
| 70. | | | Program materials for Microprocessor knee Forum (DAW0039-63) |
| 71. | | | "Do You Know What's In O&P Technologies," Session Evaluation (DAW0064-69) |
| 72. | | | Microprocessor Knee Patient Evaluation Protocol (DAW0070-78) |
| 73. | | | "Do You Know What's In O&P Technologies," Academy & Academy Arizona Chapter Session outline (DAW0079-87) |
| 74. | | | Draft letters (DAW0089-93) |
| 75. | | | Berry-Marquette letter dated 9/15/03 (DAW0094) |
| 76. | | | Marquette-Katz letter dated 9/24/03 (DAW0095-07) |
| 77. | | | Marquette-Belzidsky memorandum re Academy Response to Complaint dated 9/29/03 (DAW0101) |
| 78. | | | Berry-Marquette letter dated 10/20/03 (DAW0104-105) |
| 79. | | | Berry-Marquette and Belzidsky letter dated 11/10/03 (DAW0111-0112) |
| 80. | | | Marquette-Berry letter dated 11/10/03 (DAW0113) |
| 81. | | | Johnson-Belzidsky email re Dale Berry dated 12/19/03 (DAW0116) |
| 82. | | | Berry-Belzidsky letter dated 12/22/03 (DAW0117) |
| 83. | | | Berry-Marquette letter dated 1/2/04 (DAW0118) |
| 84. | | | Marquette-Katz letter dated 1/13/04 (DAW0119-0120) |
| 85. | | | Marquette-Katz letter dated 3/11/04 (DAW0123-0124) |

| | Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|---|
| 3 | 86. | | | 2001 Microchip Technology, Inc., Special Features of the CPU (DAW0127) |
| 4 | 87. | | | Prosthetic Forum Summary Report (DAW0129-131) |
| 5 | 88. | | | Phone message memorandum re message from Berry to Belzidsky (DAW0142) |
| 6 | 89. | | | Email from DAW to Martin dated 2/9/05 (DAW0143) |
| 7 | 90. | | | May-Belzidsky letter dated 2/9/05 (DAW0144-145) |
| 8 | 91. | | | Email string between Belzidsky and Bostock dated 2/11/05 (DAW 0149-150) |
| 9 | 92. | | | Email to Belzidsky dated 2/10/05 re Complaints regarding SLK ad (DAW0151) |
| 10 | 93. | | | Email to Belzidsky dated 2/3/05 re Complaints regarding SLK ad (DAW0152) |
| 11 | 94. | | | Johnson-Marquette email dated 2/11/05 (DAW0154) |
| 12 | 95. | | | Email string between Berry and Marquette dated 2/9/05-2/11/05 (DAW0158-160) |
| 13 | 96. | | | Email between Marquette and Martin (DAW0163) |
| 14 | 97. | | | Email string between Marquette and Berry dated 2/14/05 (DAW0165) |
| 15 | 98. | | | Email from Berry to May dated 2/14/05 (DAW0166) |
| 16 | 99. | | | L-Code information (DAW 0168) |
| 17 | 100. | | | Marquette-Katz letter dated 2/24/03 (DAW 0182-184) |
| 18 | 101. | | | Email string between Belzidsky and Berry dated 2/9/05-2/11/05 (DAW0204-206) |
| 19 | 102. | | | L-Code Information (DAW244) |
| 20 | 103. | | | Letter to Berry letter dated 2/27/03 (DAW263-265) |
| 21 | 104. | | | Machado-Marquette email dated 2/24/05 (DAW266) |
| 22 | 105. | | | Hamontree-Belzidsky letter dated 3/7/05 (DAW271-272) |
| 23 | 106. | | | DAW Packing Lists (DAW275-281) |
| 24 | 107. | | | Belzidsky-Hamontree letter dated 3/24/05 (DAW DAW294) |
| 25 | 108. | | | Dodson-Marquette letter dated 3/2/07 (DAW304-305) |
| 27 | 109. | | | National VA Interdisciplinary Conference, Current Clinical Concepts in Prosthetic & Orthotic Rehabilitation, Advances in Clinical and Technological Research |

| Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| | | | (DAW308-322) |
| 110. | | | 5-Bar Knee Selection Guide (DAW326-361) |
| 111. | | | Microchip PIC16F84A Data Sheet (DAW362-449) |
| 112. | | | Email from Johnson to Berry re "Your phone call about our SLK Knee" dated 1/19/06 (DAW454-457) |
| 113. | | | Marquette-Belzidsky email dated 2/3/06 re AOPA Ted Snell (DAW458) |
| 114. | | | Johnson-Berry email dated 2/2/05 re Hanger MPK Presentations (DAW460) |
| 115. | | | Email string between Berry and Johnson dated 1/19/06-2/2/06 (DAW461-462) |
| 116. | | | Johnson-Berry email dated 2/2/06 (DAW464) |
| 117. | | | Teh Lin SLK information (DAW465-466) |
| 118. | | | Johnson-Berry letter (undated) (DAW469) |
| 119. | | | Email string between Johnson and Kritter dated 2/2/06-2/3/06 (DAW470-472) |
| 120. | | | Torsch-Belzidsky letter dated 11/15/05 (DAW473-474) |
| 121. | | | Email string between Kritter and Johnson dated 2/3/05-2/5/06 (DAW476-477) |
| 122. | | | Email between Kritter and Johnson dated 2/6/06 (DAW478) |
| 123. | | | Email between Johnson and Berry dated 2/6/06 (DAW479) |
| 124. | | | Email between Berry and Johnson dated 2/6/06 (DAW480-481) |
| 125. | | | Addressstats (DAW482-612) |
| 126. | | | Joint Rotation Angles (DAW613-621) |
| 127. | | | Contract issued by Department of Veterans Affairs (DAW631-659) |
| 128. | | | DAW Industries Sales for Item TGK-5PS0SLK (DAW704-705) |
| 129. | | | Lamb, Medina & Meyer, LLP-DAW letter attaching DAW's 1999 Balance Sheets (DAW713-718) |
| 130. | | | DAW's Financial Statements for 2000 (DAW719-725) |
| 131. | | | DAW's Financial Statements for 2001 (DAW726-732) |
| 132. | | | DAW's Financial Statements for 2002 (DAW733-739) |
| 133. | | | DAW's Financial Statements for 2003 (DAW740-746) |

| Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 134. | | | DAW's Financial Statements for 2004 (DAW747-753) |
| 135. | | | DAW's Financial Statements for 2005 (DAW754-760) |
| 136. | | | DAW's Financial Statements for 2006 (DAW761-767) |
| 137. | | | DAW's Financial Statements for 2007 (DAW768-774) |
| 138. | | | DAW's U.S. Income Tax Return for 1998 (DAW775-786) |
| 139. | | | DAW's U.S. Income Tax Return for 1999 (DAW787-798) |
| 140. | | | DAW's U.S. Income Tax Return for 2000 (DAW799-810) |
| 141. | | | DAW's U.S. Income Tax Return for 2001 (DAW811-825) |
| 142. | | | DAW's U.S. Income Tax Return for 2002 (DAW826-834) |
| 143. | | | DAW's U.S. Income Tax Return for 2003 (DAW835-845) |
| 144. | | | DAW's U.S. Income Tax Return for 2004 (DAW846-855) |
| 145. | | | DAW's U.S. Income Tax Return for 2005 (DAW856-866) |
| 146. | | | DAW's U.S. Income Tax Return for 2006 (DAW867-879) |
| 147. | | | DAW Teh Lin, TGK-5PS0SLK Knee Sales 2001-2008 TGK-5PS0SLK Returns 2001-2008, (DAW880-882) |
| 148. | | | AIDC EMC LAB. Conduction Testing Data (DAW883-900) |
| 149. | | | Teh Lin Prosthetic & Orthopedic Inc., Invoice marked Received 2/13/07 (DAW901-938) |
| 150. | | | Monthly Sales for TGK-5PSOSLK, 2001-2009 (DAW1051) |
| 151. | | | Customer/Item Sales Report for Period 1/1/01-12/31/02 (DAW1052-1060) |
| 152. | | | Customer/Item Sales Report for Period, 1/1/03-12/31/04 (DAW1061-1075) |
| 153. | | | Customer/Item Sales Report for Period, 1/1/05-12/31/06 (DAW1076-1084) |
| 154. | | | Customer/Item Sales Report for Period, 1/1/07-12/31/08 (DAW1085-1092) |
| 155. | | | Customer/Item Sales Report for Period, 1/1/09-12/31/09 (DAW1093-1097) |
| 156. | | | Customer/Item Sales Report for Period, 6/1/01-6/30/08 |
| 157. | | | Profits and Sales re 2004-2008 |

| Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 158. | | | DAW Industries Sales figures on Item #TGK-5PS0SLK 2001-2008 |
| 159. | | | Berry-Kelly letter dated 10/31/03 re coding recommendations |
| 160. | | | Kelly-Berry letter dated 12/27/03 |
| 161. | | | Email from Marquette to Dodson dated 2/15/05 re "request for documentation" |
| 162. | | | Email from Orthotics and Prosthetics List to OANDP-L@LISTS.UFL.EDU dated 7/24/05 re "Microprocessor Knee Assistance Requested" |
| 163. | | | Marquette-Dodson letter dated 7/25/05 |
| 164. | | | Email from Orthotics and Prosthetics List to OANDP-L@LISTS.UFL.EDU dated 7/25/05 re "Microprocessor Knee Assistance Requested" |
| 165. | | | Email string from Gustin to Dodson dated 7/28/05 re: "Inquiry from Stuart Marquette" |
| 166. | | | Email from Orthotics and Prosthetics List to OANDP-L@LISTS.UFL.EDU dated 7/25/05 re "Microprocessor Knee Assistance Requested" |
| 167. | | | Email from Mark to Dodson dated 7/28/05 |
| 168. | | | Marquette-Hamontree letter dated 8/19/05 |
| 169. | | | Marquette-Katz letter dated 1/13/04 |
| 170. | | | Email from Dodson to Hamontree dated 11/1/05 re DAW knee |
| 171. | | | Torsch-Belzidsky letter dated 11/15/05 |
| 172. | | | Dodson-Wilson email dated 12/19/05 |
| 173. | | | Dodson-Wilson email dated 2/3/06 |
| 174. | | | Dodson-Wilson email dated 2/3/06 |
| 175. | | | Dodson-Nation email dated 2/7/06 |
| 176. | | | The Illustrated Guide to Orthotics and Prosthetics 2002 |
| 177. | | | CodingPro 2005 O&P's Comprehensive Guide to Medicare Codes and Reimbursement |
| 178. | | | Declaration of Dale Berry in Support of Hanger Orthopedic Group, Inc.'s Motion for Summary Judgment/Adjudication dated 12/4/09 |
| 179. | | | Declaration of George E. Miller in Support of Hanger's Motion for Summary Judgment and/or Summary Adjudication dated 12/4/09 |

| Exh. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 180. | | | Declaration of Robert A. Sherwin in Support of Hanger's Motion for Summary Judgment and/or Summary Adjudication dated 12/4/09 |
| 181. | | | Declaration of John W. Michael in Support of Hanger's Motion for Summary Judgment and/or Summary Adjudication dated 12/4/09 |
| 182. | | | Declaration of George A. Bekey, Ph.D. in Support of Hanger's Motion for Summary Judgment and/or Summary Adjudication dated 12/4/09 |
| 183. | | | Declaration of Tom Gorski in Support of Hanger Orthopedic Group, Inc.'s Motion for Summary Judgment/Adjudication dated 12/4/09 |
| 184. | | | Expert Report of Robert A. Sherwin (Exhibit 2 to Hanger's Notice of Lodgment, conditionally filed under seal (Doc. No. 106-8), filed 12/4/09 |
| 185. | | | Complaint (Doc. No. 1) |

DAW may offer the following exhibits at trial.

DAW reserves the right to offer any exhibit either Hanger or Otto Bock identifies.