ALLAN E. ANDERSON (SBN 133672)
aanderson@rmkb.com
TIMOTHY L. SKELTON (SBN 200432)
tskelton@rmkb.com
SAUNDRA K. WOOTTON (SBN 224674)
swootton@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071-2213
Telephone:   (213) 312-2000
Facsimile:   (213) 312-2001

Attorneys for Defendant
HANGER ORTHOPEDIC GROUP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAW INDUSTRIES, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>HANGER ORTHOPEDIC GROUP, INC.; OTTO BOCK HEALTHCARE, USA; and DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE NO.  06-cv-01222 JAH (NLS)<br><br>**HANGER ORTHOPEDIC GROUP'S PRETRIAL DISCLOSURE**<br><br>[Fed. R. Civ. P. 26(a)(3)(A)(i)]<br><br>Final Pretrial Conf: June 28, 2010<br>Time: 2:30 p.m.<br>Courtroom: 11<br>Judge: Hon. John A. Houston |

///
///
///
///
///
///
///

# WITNESS LIST

Hanger expects to call the following witnesses:

1. **Al Kritter,** (care of counsel of record herein ("RMKB")).
2. **Frank Bostock,** (care of RMKB).
3. **Phil Conley,** (care of RMKB).
4. **Ron May,** (care of RMKB).
5. **Tom Gorski,** (former Executive Director of the American Academy of Orthotists and Prosthetists), 13812 Eden Way, Chantilly, VA 20151, (703) 378-5222).
6. **Hugo Belzidsky,** (President DAW Industries, care of Plaintiff's counsel of record).
7. **Stuart Marquette,** (Vice-President DAW Industries, care of Plaintiff's counsel of record).
8. **Dale Berry**, (care of RMKB).

In addition to his percipient witness observations, Mr. Berry is expected to testify regarding matters of the L coding system generally and L Codes for lower extremity prosthetic devices. Mr. Berry will also opine about the process for and significance of L-Code assignment to individual prosthetic knee devices, including the SLK and the suggested codes for the SLK; use of L-Codes by manufacturers or distributors; and how L-Codes affect reimbursements for prosthetic devices and all issues and factors related thereto that are the subject matter of this lawsuit and are within Mr. Berry's area of expertise. Mr. Berry is also expected to testify regarding various industry trade associations, including the American Orthotic and Prosthetic Association ("AOPA") and its Coding Committee; their practices, policies and procedures related to L-Coding generally; and the American Academy of Orthotists & Prosthetists (the "Academy"); their practices, policies and procedures.

9. **Robert Sherwin** (The Analysis Group, 333 S. Hope Street, 27th Floor,

Los Angeles, CA 90017, (213) 896-4500):

Mr. Sherwin is expected to testify regarding matters of alleged causation and damages as related to specific aspects of the antitrust charges asserted against Hanger. Mr. Sherwin will also opine about the economic effects of the conduct complained of, the relevant product market, the geographic markets, the market share, competition, price mobility, and effect of Hanger's activities on the relevant markets, if any. Mr. Sherwin will also offer opinions on all related issues pertaining to alleged barriers to entry, restraints of trade, attempts to monopolize, monopolization, price fixing, unfair business practices and trade libel, including the effect Hanger's activities on Daw Industries, Inc., if any. Mr. Sherwin will also opine about the economic science as to the charges asserted against Hanger.

**10. George Miller** (Discovery Economics, 350 S. Grand Avenue, Ste. 2200, Los Angeles, CA 90071, (213) 621-7780):

Mr. Miller is expected to testify regarding issues pertaining to causation and damages, if any, including but not limited to plaintiff's calculation of claimed damages and other relevant factors and economic issues which are the subject matter of this litigation.

**11. George Bekey** (Emeritus Professor of Computer Science and Biomedical Engineering, School of Engineering, University of Southern California, Henry Salvatori Computer Center 220, Los Angles, CA 90089 (213) 740-4501):

Dr. Bekey is expected to testify regarding the human gait cycle and about the effect of the DAW SLK and different prosthesis on gait patterns. Dr. Bekey will also offer opinions about the features, functions, technology and literature of the DAW SLK, as well as a comparison of same with the C-Leg.

**12. John Michael**, M.Ed., (CP/L – CPO Services, Inc. 2005 Wild Rose Trail, Portage, Indiana 46368, (312) 577-0090):

Mr. Michael is expected to testify regarding various industry trade associations, including AOPA and its Coding Committee; their practices, policies

and procedures related to L-Coding generally; and the Academy; their practices, policies and procedures. Mr. Michael will also opine about the promulgation and implication of L codes; about the functionalities of prostheses as related to individual L-Codes; the process for and significance of L-Code assignment to individual prosthetic knee devices, including hydraulic and pneumatic artificial knee devices; use of L-Codes by manufacturers or distributors; and how L-Codes affect reimbursements for prosthetic devices and all issues and factors related thereto that are the subject matter of this lawsuit and are within Mr. Michaels' area of expertise.

Hanger may call the following witnesses if the need arises:

**1. Frederick Downs Jr.,** (Chief Prosthetics & Clinical Logistics Officer U.S. Veteran's Administration, U.S. Department of Veteran Affairs, 1722 "I" Street NW, Washington DC, 20420, (202) 461-1800).

**2. Joseph Miller, CP**, (Walter Reed Army Medical Center (Orthotics & Prosthetics Service), 6900 Georgia Ave NW, Bldg 2, Room 3H, Washington, DC 20307-0004, (202) 782-6385).

**3. Brad Ruhl,** (Chief Executive Officer, Otto Bock, U.S. Div., care of counsel for Otto Bock's counsel of record).

**4. Todd Anderson,** (Vice-President, Professional/Clinical Services, Otto Bock, care of counsel for Otto Bock's counsel of record).

# EXHIBIT LIST

Hanger expects to introduce the following documents and things:

| Exh. # | Label | Description |
|---|---|---|
| H-1 | | Expert Report of George Miller & CV |
| H-2 | | Expert Report of Robert A. Sherwin & CV |
| H-3 | | Expert Report of Gregory S. Vistnes, Ph.D. & CV |
| H-4 | | Expert Report of Dale Berry & CV |
| H-5 | | Expert Report of George A. Bekey, Ph.D. & CV |
| H-6 | | Expert Report of John W. Michael & CV |
| H-7 | | DAW SLK (with accompanying literature) |
| H-8 | | Otto Bock C-Leg (with accompanying literature) |
| H-9 | | Dr. Bekey's fixture to test and compare prostheses stability in stance |
| H-10 | | Graphic chart of gait cycle |
| H-11 | | Timeline of competitive products and market entry dates |
| H-12 | | Timeline chart of L codes related to MPK swing & stance |
| H-13 | | Graphic of all competitive products |
| H-14 | | Graphic of DAW's ads for SLK |
| H-15 | H012611-17 | WRAMC MPK forum participants |
| H-16 | H012620-25 | MPK forum statement of goals, description of presentations |
| H-17 | H012644-56 | MPK forum – Report (05/03) |
| H-18 | H012675 | Letter from Dale Berry to Marquette (09/15/03) |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

RC1/5600204.1/KTK    - 5 -    HANGER'S ORTHOPEDIC GROUP'S
PRETRIAL DISCLOSURE
06-CV-01222 JAH (NLS)

| H-19 | H012676-77 | Memorandum from Tom Gorski to Dale Berry et al re MPK forum (10/10/03) |
|---|---|---|
| H-20 | H012678-81 | Letter from Dale Berry to Tom Gorski (10/10/03) |
| H-21 | H012682-683 | Letter from Dale Berry to Marquette (10/20/03) |
| H-22 | H012685 | Thank you note for ordering TGK-5PS0SLK |
| H-23 | H012686 | Letter from Berry to Marquette, dated 11/1003 re Berry's numerous requests for info on SLK |
| H-24 | H012688 | Letter from Berry to Marquette, Belzidsky re info re DAW's SLK (11/10/03) |
| H-25 | H012689 | Leter from Berry to Marquette, Belzidsky re clarifying Tom Gorski - not Walter Gorski (11/10/05) |
| H-26 | H012690-92 | Report from Mr. Cox at Washington University to Berry re SLK (undated) |
| H-27 | H012693-95 | Letter from Berry to Belzidsky re SLK & Mr. Cox' report (11/19/03) |
| H-28 | H012696 | Letter from Berry to Belzidsky re request for info on SLK (12/22/03) |
| H-29 | H012697 | Letter from Marquette to Berry (12/26/03) |
| H-30 | H012699-700 | Letter from AOPA (Patrick Kelly) to Berry re AOPA's opinion that SLK lacks stance control (12/27/03) |
| H-31 | H012701 | Joint moment charts |
| H-32 | H012702 | Letter from Berry to Marquette and Belzidsky (01/02/04) |
| H-33 | H012703 | Letter from Berry to Marquette enclosing AOPA opinion (01/02/04) |
| H-34 | H012705-6 | Fax from SPS to DAW re invitation to Hanger's MPK program (dated 02/09/05) |

| | | |
|---|---|---|
| H-35 | H012707 | E-mail from Belzidsky to Berry re refusal to provide Berry any info on SLK (02/09/05) |
| H-36 | H012708 | SLK ad (faxed 2/11/05) |
| H-37 | H012709 | SLK ad |
| H-38 | H012710-11 | E-mails from Berry to Pavlik re coding for SLK knee (02/05) |
| H-39 | H012714 | E-mail from Marquette to Berry re suggested coding for SLK (02/14/05) |
| H-40 | H012715 | Letter from AOPA (Hamontree) to Marqutte re Dywer (08/12/05) |
| H-41 | H012716-17 | Letter from SPS (Ron May) to Hugo Belzidsky re invitation to Hanger's MPK Program (01/04/06) |
| H-42 | H012721 | Proposed SLK slide |
| H-43 | H012722 | Snapshot of Teh Lin's webpage of "Auto Pilot TM Electric Intelligent Knee" |
| H-44 | H012723 | E-mail from Craig Johnson to Dale Berry re proposed SLK slide (02/02/06) |
| H-45 | H012724-28 | E-mail from Berry inviting DAW to participate in Hanger's Ed Fair |
| H-46 | H012729-65 | DAW SLK Knee PowerPoint Presentation |
| H-47 | H012766 | Microprocessor knee overview forum schedule |
| H-48 | H012774 | Snapshot of e-mail from Hanger inviting DAW and others to advertise in its internal marketing brochures (06/05/07) |
| H-49 | H012775-811 | Teh Lin's Prosthetic marketing ads/web postings |
| H-50 | H012816-818 | DAW's ads for SLK |
| H-51 | H012819-843 | DAW's ads for various products, including SLK |

| | | |
|---|---|---|
| H-52 | H012844-845 | DAW's price list for 2000, 2001, 2002 |
| H-53 | H012846 | DAW's technical data sheet for SLK |
| H-54 | H012849 | DAW's 2002 ad for SLK and other products |
| H-55 | H012850-51 | DAW's price list for 2002, 2003 |
| H-56 | H01253-69 | DAW's technical information on SLK |
| H-57 | H012870-71 | Post by Belzidsky re apology for DAW's sales tactics (10/31/03) |
| H-58 | H012890-91 | Post by Brian Weaver re Academy Meeting Shocker (03/13/04) |
| H-59 | H012904-05 | Post by Wil Haines re DAW calls (02/03/05) |
| H-60 | H012908-09 | Post by Edsko Hekman re MPK assistance requested (07/27/05) |
| H-61 | H012941-42 | Post by Sam Hamontree to Hugo Belzidsky and Stuart Marquette re DAW's marketing practices (02/03/05) |
| H-62 | H012943 | Post by John Brinkmann re reps and covers (02/04/05) |
| H-63 | H012946-48 | Post by Mike Madden re response to microprocessor knees part 1 (08/16/05) |
| H-64 | H012965-66 | Post by Kevin Warner re "URGENT: IC controlled knees" – in contrast to DAW knees (11/06/00) |
| H-65 | H013141-69 | Article re Otto Bock C-Leg (undated) |
| H-66 | H013254-96 | Hanger's Power Point Presentation re "People in Motion - Exploring Microprocessor Knee Options" |
| H-67 | H013340-47 | Technical Report from DAW on the TGK-5PS0SLK, TGK-5PS0, and TGK-50S0 PC Knee Units |
| H-68 | H013348-51 | Article re "Technical Note: Beyond the Four-Bar Knee" (1998) |
| H-69 | H013386 | Website search of Palmetto's database re prior L codes |

| | | | |
|---|---|---|---|
| 1 | | | that DAW obtained (undated) |
| 2 | H-70 | H013442-447 | Police report re stolen computer (07/11/03) |
| 3-5 | H-71 | H013461-469 | Excerpts from "The Long Road Home," a Doonsbury Book by G.B Trudeau with forward by Senator John McCain |
| 6-7 | H-72 | H013870 | Power Point Presentation, "Introduction to Microprocessor Knees" |
| 8 | H-73 | H013883-886 | Hanger's Prosthetic Evaluation Clinic (2009) |
| 9-10 | H-74 | OB 00184 - 00185 | Teh Lin document re SLK |
| 11-12 | H-75 | OB 00189 | Web snapshot of Teh Lin's Auto Pilot TM Electric Intelligent Knee (undated) |
| 13-14 | H-76 | OB 00322-00378 | Frost and Sullivan report (2007) |
| 15 | H-77 | AOPA-00045 - 58 | Letter from Dale Berry to AOPA re inquiry on L codes for SLK (10/31/03) |
| 16-17 | H-78 | AOPA-00110 - 111 | Letter from AOPA to DAW re AOPA's opinions on SLK and L coding (03/7/05) |
| 18-20 | H-79 | AOPA-00254-255 | Letter from AOPA to DAW re further new L code recommendations for SLK after meeting with DAW (04/25/06) |
| 21-22 | H-80 | AOPA-00268-269 | Letter from AOPA to DAW inviting DAW to show AOPA how the SLK achieves stance control (03/02/07) |
| 23-24 | H-81 | AOPA-00276 | Internal AOPA e-mails re response to DAW (04/07) |
| 25-26 | H-82 | AOPA-00286 | Further letter from AOPA to DAW again inviting DAW to show AOPA how the SLK achieves stance control (04/23/06) |
| 27-28 | H-83 | AOPA-00296- | AOPA's coding committee's minutes (07/17/07) |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

|   |   |   |
|---|---|---|
|   | 302 |   |
| H-84 | DAW001-002 | Letter to Hanger from DAW re L coding of SLK (09/26/02) |
| H-85 | DAW011 | Letter from Belzidsky to Berry re directive only written communications (09/27/02) |
| H-86 | DAW016 | Fax cover sheet from Joe Brusherd to Jeff Martin (Hanger) (09/27/02) |
| H-87 | DAW017 | Letter from Hanger to DAW re request for info on knees sold to Hanger (09/20/02) |
| H-88 | DAW018 | Letter from Belzidsky to Berry re L coding (09/24/02) |
| H-89 | DAW019 | Letter from Berry to Belzidsky requesting a list of all SLKs sold to Hanger in 2002 (09/20/02) |
| H-90 | DAW020-21 | Letter from Belzidsky to Berry re L codes for SLK (09/26/02) |
| H-91 | DAW022 | Letter from Belzidsky to Berry re missed Berry's call and directive all communications to be in writing (09/27/02) |
| H-92 | DAW079-82 | CEC Academy & Academy AZ, roster (9/12-13/03) |
| H-93 | DAW084-85 | Attendance list for Academy and Academy Arizona Chapter (09/12/03-09/13/03) |
| H-94 | DAW086 | Speaker list for Academy and Academy Arizona Chapter (09/12/03-09/13/03) |
| H-95 | DAW087 | Exhibitor list for for Academy and Academy Arizona Chapter (09/12/03-09/13/03) |
| H-96 | DAW094 | Letter from Berry to Marquette re Marquette's offer to provide in support of claims re SLK (09/15/03) |
| H-97 | DAW095-97 | Letter from DAW to Don Katz (Academy) re complaint about information disseminated re SLK at the Las Vegas meeting (09/24/03) |

| | | |
|---|---|---|
| H-98 | DAW098-099 | Letter from Academy (Gorski) to Marquette re results of Academy investigations into DAW's complaint (10/08/03) |
| H-99 | DAW103-105 | Letter from Berry to Marquette re request for info on SLK (10/20/03) |
| H-100 | DAW109-110 | E-mail from Mike Park to Hugo Belzidsky and directory search of Mike Park (10/31/03) |
| H-101 | DAW113 | Letter from DAW to Berry (11/10/03) |
| H-102 | DAW117 | Letter from Berry to DAW re SLK (11/23/03) |
| H-103 | DAW122 | E-Mail from Craig Johnson to Stuart Marquette re Academy's opinions (3/2/04) |
| H-104 | DAW125-126 | Letter from Academy to DAW re Gorski investigation into DAW's complaints (04/02/04) |
| H-105 | DAW129-130 | ACADEMY's published WRAMC forum report (Nov. 04) |
| H-106 | DAW131-138 | ACADEMY's published WRAMC forum report re MPK Patient Evaluation Protocol (Nov. 04) |
| H-107 | DAW140 | E-mail from DAW (Belzidsky) to Hanger re SLK (02/09/05) |
| H-108 | DAW146 | E-mail from Hanger to DAW, and DAW to Hanger re L-Codes for SLK microprocessor knee (02/10/05) |
| H-109 | DAW149 | E-mail from DAW to Jonleimk@unionoandp.com, (02/11/05) |
| H-110 | DAW152 | E-mail from Amy Clontz (AOPA) to DAW re SLK ads (02/03/05) |
| H-111 | DAW154 | E-mail from Craig Johnson to Stuart Marquette re coding for microprocessor knees (02/11/05) |
| H-112 | DAW160 | Recommended L-Codes |

| | | |
|---|---|---|
| H-113 | DAW165 | E-mail from Berry to Marquette (02/14/05) |
| H-114 | DAW166 | E-mail from Berry to Ron May (02/14/05) |
| H-115 | DAW170 | E-mail from DAW to Martin (Hanger) (02/15/05) |
| H-116 | DAW171-173 | E-mail from Daw to Jon Leimk (AOPA) re AOPA (02/11/05); reply e-mail from Leimk to Daw (02/18/05); copies of undated letters from DAW to Bostock & from AOPA's Amy Clontz to Christopher |
| H-117 | DAW204-206 | E-mail from Berry to Dawusahq@aol.com (02/14/05) |
| H-118 | DAW210 | E-mail from Belzidsky to Bostock (02/11/05) |
| H-119 | DAW228-230 | Response to correspondence between Berry and DAW; enclosed L Code rate sheet (02/11/05, 02/14/05) |
| H-120 | DAW232 | E-mail from Berry to DAW (Wilson) re getting the material reviewed (02/14/05) |
| H-121 | DAW233 | E-mail from Marquette to Berry re L-Codes, microprocessors (2/14/05) |
| H-122 | DAW241-242 | Letter from the Academy to DAW re Academy's representations re the DAW knee, microprocessor (02/14/05) |
| H-123 | DAW243-244 | E-mail between DAW and Hanger re coding recommendations (02/15/05) |
| H-124 | DAW248 | E-mail from Marquette to Dodson (AOPA) re AOPA's coding recommendation that SLK does not have a microprocessor (02/15/05) |
| H-125 | DAW249 | Letter from Marquette to Jeff Martin (Hanger) re Hanger's recommended L-coding for the SLK (02/15/05) |
| H-126 | DAW260 | E-mail from Berry to DAW re requesting call re Coding Recommendation (02/23/05) |

RC1/5600204.1/KTK                    - 12 -                    HANGER'S ORTHOPEDIC GROUP'S
                                                              PRETRIAL DISCLOSURE
                                                              06-CV-01222 JAH (NLS)

| | | |
|---|---|---|
| H-127 | DAW261 | E-mail from Berry to DAW (02/24/05) |
| H-128 | DAW267 | Fax to Berry from Marquette ( 02/28/05) |
| H-129 | DAW270-272 | Fax to Belzidsky from AOPA (03/07/05) |
| H-130 | DAW282-284 | E-mail from Hamontree (AOPA) to DAW (02/11/05) |
| H-131 | DAW285 | E-mail from DAW and Helen Hayes Hospital (Moretto) (02/23/05) |
| H-132 | DAW286-288 | E-mail chain from DAW (Marquette) to Helen Hayes Hospital (Morretto) copying e-mail from Marquette to Kritter (02/23/05) |
| H-133 | DAW289-293 | E-mail chain between Berry and DAW (02/23/05) |
| H-134 | DAW294 | Letter from H Belzidsky to AOPA (03/24/05) |
| H-135 | DAW299-300 | Letter from DAW to AOPA (02/14/07) |
| H-136 | DAW326 | 2008 DAW marketing material |
| H-137 | DAW327 | 2004 DAW ad for SLK |
| H-138 | DAW328 | 2007 DAW Technical Data Sheet for SLK |
| H-139 | DAW329 | 2008 DAW Quick Start Fax for the SLK |
| H-140 | DAW330 | 2000 DAW Selector Chart/Stock Numbers for various knees |
| H-141 | DAW331-347 | 2002 DAW Reference Series – the SLK |
| H-142 | DAW348 | DAW "thank you for ordering the SLK" (07/01/08) |
| H-143 | DAW350 | DAW ad for the SLK (undated) |
| H-144 | DAW351 | DAW SLK box label |
| H-145 | DAW352 | DAW ad for SLK power supply & monitor |
| H-146 | DAW354 | 2009 DAW's Quick Start Card for SLK |

| | | |
|---|---|---|
| H-147 | DAW355 | 2009 DAW Quick Start Card for the SLK |
| H-148 | DAW358 | 2005 DAW ad for SLK |
| H-149 | DAW360 | 2001 DAW ad for SLK |
| H-150 | DAW454 | E-mail from DAW (Craig) to Dale Berry (01/19/06) |
| H-151 | DAW455 | E-mail from Berry to Hanger, Otto, Endolite, Ossur, Trulife, PMHS, and DAW (02/01/06) |
| H-152 | DAW456 | E-mail from Kritter (Hanger's Coding Committee) to DAW (02/03/06) |
| H-153 | DAW458 | E-mail from Marquette to Belzidsky re Ted Snell (02/03/06) |
| H-154 | DAW460 | E-mail from DAW to Berry inquiring about DAW's 01/19/06 e-mails (02/02/06) |
| H-155 | DAW461-463 | E-mail from Berry to DAW attaching Berry's response to DAW's 01/19/06 e-mail (02/02/06) |
| H-156 | DAW464-65 | E-mail from Berry to Johnson (DAW) attaching copy of slide sent 01/19/06 (02/02/06) |
| H-157 | DAW467 | E-mail from Berry to DAW re slide of the SLK (02/02/06) |
| H-158 | DAW468 | E-mail from Johnson (DAW) to Berry attaching DAW's presentation on the SLK (02/02/06) |
| H-159 | DAW473-474 | Letter from AOPA to DAW (11/15/05) |
| H-160 | DAW478 | E-mail from Johnson (DAW) to Kritter (Hanger) re slide for Hanger's Ed Fair (02/06/06) |
| H-161 | DAW479 | E-mail from Johnson (DAW) to Hanger re disapproval of slide (02/06/06) |
| H-162 | DAW480-481 | E-mail from Berry to Johnson (DAW) re slide, attached chain e-mails (02/06/06) |

| | | |
|---|---|---|
| H-163 | DAW518-520 | DAW's ad for SLK from DAW's website (12/22/05) |
| H-164 | DAW576 | DAW's ad for the SLK (undated) |
| H-165 | DAW577 | DAW ad for SLK (undated) |
| H-166 | DAW613-621 | Joint rotation charts |
| H-167 | DAW629-630 | E-mail exchange between Russell Emery (VA Denver Acquisition & Logistics Center) and Stuart Marquette. (03/17/08) |
| H-168 | DAW631-659 | Solicitation for contract/order VA-791-07-RQ-0007 (03/30/07) |
| H-169 | DAW660-679 | Letter from VA to Marquette accepting contract, approved solicitation for 2003 contract attached (2/15/03) |
| H-170 | DAW680-682 | Letter from VA to Marquette accepting contract, approved solicitation for 2001 contract attached (03/21/01) |
| H-171 | DAW683-703 | Letter from Stuart Marquette to Gayle Hixon (VA) re bid on prosthetic sheaths, solicitation for 2001 contract attached (03/15/01) |
| H-172 | DAW883-884 | Teh Lin testing and marketing data in both English and Chinese (07/04) |
| H-173 | DAW885-900 | Teh Lin marketing materials "Intelligent IC chip"; "Fully programmable centrode (PC)", etc. (undated) |
| H-174 | DAW939(disc) | Color ads for Adaptive, Rheo, C-Leg, Plie, SPK700, SPK760 and SPK750; AOPA's 2008 Assembly MPK Comparison Chart (listing 8 MPKs by 4 different manufacturers). |
| H-175 | DAW940(disc) | PowerPoint presentation of SLK |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

Hanger may introduce the following documents and things if the need arises:

| Exh. # | Label | Description |
|---|---|---|
| H-176 | H013411-418 | Web search of Palmetto's database re suggested Medicare floor and ceiling prices for MPK functions (undated) |
| H-177 | H013366-68 | NY Times Article re "A Leg with a mind of its own" (2002) |
| H-178 | H013369-78 | Article Re Program Memorandum Intermediaries / Carriers (2001) |
| H-179 | AOPA-00085 - 91 | Communications between AOPA Committee regarding DAW issue, scheduling a call and relevant facts dated February 2005 |
| H-180 | AOPA-00256 -57 | E-mail from Joe McTernan to Kathy Dodson enclosing finalized DAW letter dated 04/28/06 |
| H-181 | | Request for Production, Set One, propounded by Hanger on DAW |
| H-182 | | DAW's Response to Hanger's Request for Production, Set One |
| H-183 | | Interrogatories to Plaintiff, Set One, propounded by Hanger |
| H-184 | | DAW's Response to Hanger's Interrogatories, Set One |
| H-185 | | Request for Production, Set Two, propounded by Hanger on DAW |
| H-186 | | DAW's Response to Hanger's Request for Production, Set Two |
| H-187 | | Request for Admission, Set One, propounded by Hanger on DAW |
| H-188 | | DAW's Response to Hanger's Request for Admission |

| H-189 | | Otto Bock's Interrogatories propounded to DAW, Set One |
| --- | --- | --- |
| H-190 | | DAW's Response to Interrogatories, Set One |
| H-191 | | Otto Bock's Request for Production to DAW, Set One |
| H-192 | | DAW's Response to Otto Bock's Request for Production, Set One |
| H-193 | | Otto Bock's Interrogatories, Set Two, to DAW |
| H-194 | | Otto Bock's Request for Production, Set Two, to DAW |
| H-195 | | Otto Bock's Request for Admission, Set Two, to DAW |

Dated: June 9, 2010              ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ Allan E. Anderson
    ALLAN E. ANDERSON
    TIMOTHY L. SKELTON
    SAUNDRA K. WOOTTON
    Attorneys for HANGER ORTHOPEDIC
    GROUP, INC.

| | |
|---|---|
| CASE NAME: | DAW Industries, Inc. v. Hanger Orthopedic Group, Inc., et al. |
| ACTION NO.: | 06CV01222 JAH (NLS) |

### PROOF OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail    ☐ Facsimile    ☐ Messenger Service

☐ Overnight Delivery    ☒ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 515 South Flower Street, Suite 1100, Los Angeles, CA 90071.

3. On June 9, 2010 I served the following documents:

**HANGER ORTHOPEDIC GROUP'S PRETRIAL DISCLOSURE**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

| | |
|---|---|
| Edward J. McIntrye (SBN 80402)<br>Solomon Ward Seidenwurm & Smith LLP<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>Phone: (619) 231-0303<br>Fax: (619) 231-4755<br>emcintyre@swsslaw.com<br><br>*Attorneys for Plaintiff*<br>DAW Industries, Inc. | Charles H. Dick, Jr.<br>Angela J. Smith<br>Danielle M. Refkin<br>Baker & McKenzie LLP<br>12544 High Bluff Drive, Third Floor<br>San Diego, CA 92130<br>Phone: (858) 523-6200<br>Fax: (858) 259-8290<br>Email: charles.h.dick@bakernet.com<br>Angela.j.smith@bakernet.com<br>Danielle.m.refkin@bakernet.com<br><br>*Attorneys for Otto Bock Healthcare,<br>U.S., Inc.* |

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4.

I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ **By messenger:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service.

    d. ☐ **By fax transmission:** Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4.

    e. ☒ **By email or electronic transmission:** Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: June 9, 2010

Polly Fung
Type Name                                          Signature