UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| DAW INDUSTRIES, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HANGER ORTHOPEDIC GROUP, INC.; OTTO BOCK HEALTHCARE, USA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  06 CV 1222 JAH (NLS)<br><br>**ORDER CONFERRING JURISDICTION TO MAGISTRATE JUDGE STORMES FOR GOOD FAITH SETTLEMENT DETERMINATION** |

Having considered the parties Stipulation/Joint Motion Conferring Jurisdiction To Magistrate Judge Stormes For Good Faith Settlement Determination, and the pleadings and papers on file in this action,

IT IS ORDERED that, in accordance with 28 U.S.C. Section 636 and Federal Rule of Civil Procedure 72 and 73, Magistrate Judge Stormes has jurisdiction to conduct the hearing on Otto Bock's Application For Order Determining Good Faith Settlement and enter a final order regarding that Application.

IT IS SO ORDERED.

Dated: July 7, 2010

_____
Honorable John A. Houston
United States District Judge

1

Case No 06 CV 1222 JAH (NLS)
[PROPOSED] ORDER CONFERRING JURISDICTION TO MAGISTRATE JUDGE STORMES
FOR GOOD FAITH SETTLEMENT DETERMINATION

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA  92101
+1 619 236 1441

SDODMS1/707566.1